# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tammy Lee Burd | CHAPTER 13
<u>Debtor</u> |
| BKY. NO. 17-10220 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734