# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10220-JKF

TAMMY LEE BURD

40 North King Street

Denver, PA 17517

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TAMMY LEE BURD

    40 North King Street

    Denver, PA 17517

**Counsel for debtor(s), by electronic notice only.**
    ALAINE GRBACH
    675 ESTELLE DR

    LANCASTER, PA 17601-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 8/15/2017

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee