Bankruptcy No. 17-10220     Adversary No. 17-291

CERTIFICATE OF SERVICE

I, *Elaine V. Urbach* certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made *October 4th, 2017* (date) by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
*David Van Horn, Pres. Partners for Payment Relief, II LLC*
*3748 West Chester Pike, Suite 103, Newtown Square, PA 19073*
*John Sweeney, Vice President. 3748 W. Chester Pike, Suite 103, Newtown Sq. PA 19073*

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_*October 4, 2017*_                    _____
Date                                   Signature

Print Name        *Elaine V. Urbach*
Business Address  *675 Estelle Drive*
City, State, Zip  *Lancaster, PA 17601*

B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                          Bankruptcy No. 17-10220
    Tammy Lee Burd
        Debtor

Tammy Lee Burd
        Plaintiff                                     Adversary No. 17-291

Partners for Payment Relief, II, LLC
        Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due October 28, 2017.

    Address of Clerk                       U.S. Bankruptcy Court
                                           Robert N.C. Nix Building
                                           900 Market Street, Suite 400
                                           Philadelphia PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney   Alaine V. Grbach, Esquire
                                           675 Estelle Drive
                                           Lancaster, PA   17601

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                 FOR THE COURT

                                                                 TIMOTHY B. MCGRATH
                                                                 CLERK

September 28, 2017

                                                                 By: s/ Jeanette Gilmore
                                                                 Deputy Clerk