# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Tammy Lee Burd  
Debtor(s)

Case No. 17-10220  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, a copy of Debtor's Fourth Amended Plan, was served electronically or by regular United States mail to all interested parties, the debtor, all e-notice parties by email, the Trustee and all creditors listed below.

HLADIK, ONORATO & PEARLSTINE, LLP  
Partners for Payment Rellief  
Springleaf Financial S

/s/ Alaine V. Grbach  
Alaine V. Grbach 45485  
Alaine V. Grbach, Esquire  
675 REAR Estelle Drive  
Lancaster, PA 17601  
717-898-8402 Fax:1-866-928-4707  
avgrbach@aol.com