**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**

| IN RE: | : | |
|---|---|---|
| | | CHAPTER 13 |
| **TAMMY LEE BURD,** | : | |
| | : | CASE NO. 17-10220 |
| DEBTOR. | : | |

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

                                                                                    Respectfully submitted,

**DATED: May 7, 2018**                                     **/s/ Alaine V. Grbach, Esquire**
                                                                              Alaine V. Grbach, Esquire
                                                                               Counsel to Debtor
                                                                               675 Estelle Drive
                                                                               Lancaster, PA 17601
                                                                               (717) 898-8402 - telephone
                                                                               866-928-4707 - facsimile
                                                                               I.D. No.: 45485