## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Lee Burd<br><br>        Debtor<br>    and<br><br>Adam W. Burd Jr.<br><br>        Co-debtor<br><br>Specialized Loan Servicing LLC, or its<br>Successor or Assignee<br>        Movant<br>    vs.<br><br>William C. Miller, Esq., Trustee<br>Tammy Lee Burd<br>Adam W. Burd Jr.<br>        Respondents | Chapter 13<br>Bankruptcy No. 17-10220- MDC |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Specialized Loan Servicing LLC or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 40 N King St, West Cocalico Twp., PA 17517 aka 40 North King Street, Denver PA 17517.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 10, 2018 you or your attorney must do <u>all</u> of the following:

           (a)    file an answer explaining your position at

           United States Bankruptcy Court
           For the Eastern District of Pennsylvania
           900 Market Street
           Suite 202
           Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early

enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

        Raymond M. Kempinski, Esquire
        McCabe, Weisberg & Conway, LLC
        123 S. Broad Street, Suite 1400
        Philadelphia, PA 19109
        Phone: 215-790-1010
        Fax: 215-790-1274

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Magdeline D. Coleman on <u>August 29, 2018</u>, at <u>10:30am</u> in <u>Courtroom #2</u>, United States Bankruptcy Court, 900 Market Street, Suite 202, Philadelphia, PA 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2978 to find out whether the hearing has been canceled because no one filed an answer.

Date: July 27, 2018