# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Lee Burd<br><br>               Debtor<br>     and<br><br>Adam W. Burd Jr.<br><br>              Co-debtor<br><br>Specialized Loan Servicing LLC, or its<br>Successor or Assignee<br>              Movant<br>   vs.<br><br>William C. Miller, Esq., Trustee<br>Tammy Lee Burd<br>Adam W. Burd Jr.<br>              Respondents | Chapter 13<br>Bankruptcy No. 17-10220- MDC |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    I, Raymond M. Kempinski, attorney for Specialized Loan Servicing LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: July 27, 2018

| | | |
|---|---|---|
| Tammy Lee Burd<br>40 North King Street<br>Denver, PA 17517<br><br>Adam W. Burd Jr.<br>40 North King Street<br>Denver, PA 17517<br>Co-Debtor | Alaine V. Grbach<br>Alaine V. Grbach, Esquire<br>675 Estelle Drive<br>Lancaster, PA 17601<br>Attorney for Debtor | William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>Trustee<br><br>U.S. Trustee<br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |

/s/ Raymond M. Kempinski
ANN E. SWARTZ, ESQUIRE, ID # 201926
ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
RAYMOND M. KEMPINSKI, ESQUIRE, ID # 93839
Attorney for Specialized Loan Servicing LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com