# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Tammy Lee Burd                Case No.   17-10220
                                Debtor(s)                 Chapter    13

## RESPONSE OF DEBTOR TO MOTION FOR RELIEF FROM STAY

AND NOW COMES Debtor herein, who responds to the Motion of SPecialized Loan Servicing, LLC under the grounds set forth below.

1.      Debtor has continued to make mortgage payments after the filing of the instant Motion, and the payments have been accepted by Moveant.

2.      Debtor is willing to cure all arrears, however, Debtor believes and therefore averrs that she is not five payments behind, but less than 3 payments behind in her mortgage payments..

WHEREFORE, Debtor prays that the Motion for Relief from Stay be denied, and that she be granted such other and further relief as is just and proper.

Respectfully submitted.

Date    August 27, 2018

Attorney    /s/Alaine V. Grbach
              Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com