## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Lee Burd<br><br>                Debtor<br>     and<br><br>Adam W. Burd Jr.<br><br>                Co-Debtor<br><br>Specialized Loan Servicing LLC, or its Successor or Assignee<br><br>                Movant<br>     vs.<br><br>William C. Miller, Trustee<br>Tammy Lee Burd<br>Adam W. Burd Jr.<br>                Respondents | Chapter 13<br>Bankruptcy No. 17-10220 MDC |

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Specialized Loan Servicing LLC for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

October 1, 2018

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge