United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10220-mdc
Tammy Lee Burd                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina         Page 1 of 1         Date Rcvd: Oct 01, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db             +Tammy Lee Burd,    40 North King Street,    Denver, PA 17517-9411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Plaintiff Tammy Lee Burd avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Tammy Lee Burd avgrbach@aol.com
              ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              STEPHEN M HLADIK    on behalf of Defendant    Partners for Payment Relief, II, LLC
               shladik@hoflawgroup.com,  debersole@hoflawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Lee Burd<br><br>          Debtor<br>    and<br><br>Adam W. Burd Jr.<br><br>          Co-Debtor<br><br>Specialized Loan Servicing LLC, or its Successor or Assignee<br>          Movant<br>    vs.<br><br>William C. Miller, Trustee<br>Tammy Lee Burd<br>Adam W. Burd Jr.<br>          Respondents | Chapter 13<br>Bankruptcy No. 17-10220 MDC |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Specialized Loan Servicing LLC for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

October 1, 2018

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge