## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Tammy Lee Burd** | : |
| | :  BANKRUPTCY NO. **17-10220 MDC** |
| Debtor (s) | |

### **P R A E C I P E**

Kindly relist the above captioned Confirmation hearing and/or Motion to Dismiss until 4/4/2019 at 09:30 A.M. before the Hon. Magdeline D. Coleman.

                              Respectfully submitted,

Date: March 4, 2019                  /s/Jacqueline M. Chandler, Esquire for
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee
                                                  P.O. Box 1299
                                                  Philadelphia, PA  19105