UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     Tammy Lee Burd | : | |
|         Debtor | : | BANKRUPTCY NO.  17-10220 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Tammy Lee Burd
40 North King Street
Denver, PA 17517

ALAINE V. GRBACH
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106


Date:  March 4, 2019

/s/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee