**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| **TAMMY LEE BURD** | : | **BANKRUPTCY NO. 17-10220** |
| | : | |
| Debtor, | : | |
| | : | |

**HEARING TO BE HELD:**
Date:   **March 12, 2020**
Time:  11:00 a.m..
Place:  United States Bankruptcy Court
            Eastern District of PA
            Robert NC Nix Federal Courthouse
            Courtroom # 2
            900 Market Street, Suite 400
            Philadelphia, PA 19107

### NOTICE OF HEARING

Alaine V. Grbach, Esquire, Attorney for Debtor, has filed a **Motion to Approve a Loan Modification with Freddie Mac/SLS,** with the Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.

1. If you do not want the court to grant the relief sought in the application or if you want the court to consider your views on the application, then on or before March 6, 2020 you must do the following:

    **(a)** File an answer explaining your position at:
    U.S. Bankruptcy Court
    Eastern District of PA
    Robert NC Nix Federal Courthouse
    900 Market Street
    Philadelphia, PA 19107

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    **(b)** Mail a copy to the Movant's attorney:
    Alaine V. Grbach, Esquire
    675 Estelle Drive
    Lancaster, PA  17601
    (717) 898-8402   866-928-4707

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) and attend the hearing, the court may enter an order granting the relief requested in the application.

3. A hearing on the application is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on March 12, 2020 at 11:00 a.m., in the United States Bankruptcy Court, Eastern District of PA, Robert NC Nix Federal Courthouse, 900 Market Street, Courtroom # 2, Philadelphia, PA 19107.

4. If a copy of the application is not enclosed, a copy of the application will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DATE: February 14, 2020**