**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **Tammy Lee Burd,** | : | **BANKRUPTCY NO. 17-10220** |
| | : | |
| **Debtor.** | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**MOTION TO APPROVE LOAN MODIFICATION**

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Motion, after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

Dated: 3/11/2020

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire**

Alaine V. Grbach, Esquire
Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 898-8402 - telephone
866-928-4707 - facsimile
I.D. No.: 45485