United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-10220-mdc
Tammy Lee Burd   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Aug 26, 2020
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13869196       +E-mail/Text: vhays@pprnoteco.com Aug 27 2020 04:32:08     Partners for Payment Relief DEII, LLC, 3748 West Chester Pike, Suite 103, Newtown Square, PA 19073-3252
                                                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
        ALAINE V. GRBACH    on behalf of Debtor Tammy Lee Burd avgrbach@aol.com
        ALAINE V. GRBACH    on behalf of Plaintiff Tammy Lee Burd avgrbach@aol.com
        ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com
        RAYMOND M. KEMPINSKI    on behalf of Creditor    Specialized Loan Servicing LLC raykemp1006@gmail.com, raykemp1006@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        STEPHEN M HLADIK    on behalf of Defendant    Partners for Payment Relief, II, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                      TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10220-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Tammy Lee Burd
40 North King Street
Denver PA 17517

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/26/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 1: Partners for Payment Relief DEII, LLC, 3748 West Chester Pike, Suite 103, Newtown Square, PA 19073 | Reliant Loan Servicing, LLC<br>Bankruptcy Department<br>PO Box 814609<br>Dallas, TX 75381-4609 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/28/20

Tim McGrath
**CLERK OF THE COURT**