# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-10220-MDC

TAMMY LEE BURD

40 NORTH KING STREET

DENVER, PA 17517

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TAMMY LEE BURD

    40 NORTH KING STREET

    DENVER, PA 17517

Counsel for debtor(s), by electronic notice only.

    ALAINE GRBACH
    675 ESTELLE DR

    LANCASTER, PA 17601-

Date: 4/15/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee