United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tammy Lee Burd  
    Debtor

Case No. 17-10220-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 19, 2022      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy Lee Burd, 40 North King Street, Denver, PA 17517-9411 |
| 13849982 | + | Apex Asset, 1891 Santa Barbara, Lancaster, PA 17601-4106 |
| 13849983 | + | BLUE RIDGE CABLE, P O BOX 150, Ephrata, PA 17522-0150 |
| 13849984 | | Bur Acct Mgm, Bureau Of Account, Camp Hill, PA 17011 |
| 13849985 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 13849987 | | Capital One, Po Box 52530, Carol Stream, IL 60196 |
| 13849990 | + | Cybrcollect, 3 Easton Oval, Suite 210, Columbus, OH 43219-6011 |
| 13849991 | | DITECH MORTGAGE, P O BOX 6172, Rapid City, SD 57709-6172 |
| 13913992 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13849993 | + | HLADIK, ONORATO & PEARLSTINE, LLP, STEPHEN M. HLADIK, ESQUIRE, 298 WISSAHICKON AVENUE, North Wales, PA 19454-4156 |
| 13849994 | | HSBC CARD SERVICES bank of nevada, PO BOX 80084, Salinas, CA 93912-0084 |
| 13850002 | | PPL ELECTRIC UTILITIES, PO BOX 25222, Lehigh Valley, PA 18002-5222 |
| 14533140 | | Partners for Payment Relief DEII, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14532472 | | Reliant Loan Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 13850004 | + | STRADLING FUNERAL HOME, 210 CHURCH AVENUE, Ephrata, PA 17522-2047 |
| 14012143 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14320146 | + | Specialized Loan Servicing LLC., c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14319470 | + | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 300, Dallas, Texas 75254-7883 |
| 13850005 | #+ | THE WATER GUY, 2 EAST POINTE DRIVE, Birdsboro, PA 19508-8140 |
| 13850006 | | WELLSPAN EPHRATA COMM. HOSPITAL, PO BOX 7165, Lancaster, PA 17604-7165 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 19 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 19 2022 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13849986 | + | Email/Text: bankruptcy@cavps.com | Jan 19 2022 23:53:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 13849988 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2022 23:59:57 | Capital One, Attn: Bankruptcy, Po Box 30285, |

Case 17-10220-mdc  Doc 120  Filed 01/21/22  Entered 01/22/22 00:34:26  Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 13929579 | + | Email/Text: bankruptcy@cavps.com | Jan 19 2022 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13849989 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 19 2022 23:53:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13849992 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 19 2022 23:59:57 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 13849994 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 19 2022 23:53:00 | HSBC CARD SERVICES bank of nevada, PO BOX 80084, Salinas, CA 93912-0084 |
| 13849995 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2022 23:53:00 | IRS DEPARTMENT OF THE TREASURY, ACS SUPORT, PO BOX 8208, Philadelphia, PA 19101-8208 |
| 13849996 | + | Email/Text: csd1clientservices@cboflanc.com | Jan 19 2022 23:53:00 | Lancaster Collections, Credit Bureau of Lancaster County, Po Box 1271, Lancaster, PA 17608-1271 |
| 13887900 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2022 23:59:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13849997 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2022 23:53:00 | Midland Fund, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13849998 | + | Email/Text: Bankruptcies@nragroup.com | Jan 19 2022 23:53:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13849999 | + | Email/Text: Bankruptcies@nragroup.com | Jan 19 2022 23:53:00 | Natl Recover, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13869851 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2022 00:00:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13869196 | + | Email/Text: vhays@pprnoteco.com | Jan 19 2022 23:53:00 | Partners for Payment Relief DEII, LLC, 3748 West Chester Pike, Suite 103, Newtown Square, PA 19073-3252 |
| 13850000 | + | Email/Text: vhays@pprnoteco.com | Jan 19 2022 23:53:00 | Partners for Payment Rellief, 3748 W. Chester Pike, Suite 103, Newtown Square, PA 19073-3252 |
| 13850003 | + | Email/PDF: cbp@onemainfinancial.com | Jan 20 2022 00:00:02 | Springleaf Financial S, Po Box 2006, Reading, PA 19608-0006 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13849981 | ##+ | ADAM W. BURD, JR., 3132 FULTON STREET, Reading, PA 19605-2520 |
| 13850001 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

Date: Jan 21, 2022           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:**

**Name**            **Email Address**

ALAINE V. GRBACH
    on behalf of Plaintiff Tammy Lee Burd avgrbach@aol.com

ALAINE V. GRBACH
    on behalf of Debtor Tammy Lee Burd avgrbach@aol.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com   philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com

MARISA MYERS COHEN
    on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com   mcohen@mwc-law.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Specialized Loan Servicing LLC raykemp1006@gmail.com   raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com   rsolarz@kmllawgroup.com

STEPHEN M HLADIK
    on behalf of Defendant Partners for Payment Relief II, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tammy Lee Burd
    Debtor(s)

Case No: 17−10220−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/19/22

117 − 111
Form 138OBJ